JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MILLS, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>ETHAN ALLEN INTERIORS, INC, a California corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.:  5:15-CV-01842-BRO(kkx)<br><br>*Assigned to the Honorable:*<br>*Beverly Reid O'Connell*<br>*CrtRm: 14- Spring St. Floor*<br><br>**JUDGMENT**<br><br>(Originally filed in Riverside Superior Court, Case No. RIC 1508078)<br><br>Complaint Filed:  July 9, 2015<br>Trial Date:         October 4. 2016 |

[PROPOSED] JUDGMENT

FPDOCS 32127899.1

The Court, having granted Defendant Ethan Allen Interiors, Inc.'s Motion for Summary Judgment in its entirety, and based on its determination that there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law on all claims asserted against it,

IT IS HEREBY ORDERED AND ADJUDGED, that judgment is entered in this action as follows:

    1. Plaintiff Patrick Mills shall recover nothing from Defendant Ethan Allen Interiors, Inc.;

    2. Defendant Ethan Allen Interiors, Inc. shall have judgment entered in its favor;

    3. This action shall be, and is hereby, dismissed on the merits; and

    4. Defendant Ethan Allen Interiors, Inc. is entitled to recover its costs pursuant to Central District Local Rule 54-1, *et seq.* Defendant shall file an Application to the Clerk to Tax Costs and/or any motion for attorneys' fees no later than 14 days after the Court enters this judgment.

IT IS SO ORDERED.

Dated: August 26, 2016

                                Hon. Beverly Reid O'Connell
                                United States District Court

1
[PROPOSED] JUDGMENT
FPDOCS 32127899.1